STATE OF NEW JERSEY v. MARY FOUNTAIN.

September 16, 1974. Petition for certification denied.

TOWNSHIP OF MATAWAN v. M AND T CHEMICALS.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN GREGORY.

September 16, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. VINCENT RUSSOMANNO.

September 16, 1974. Petition for certification denied.

WILLIAM OSBORNE WRIGHT v. EDWARD COSTELLI.

September 16, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PATSY CELI.

September 16, 1974. Petition for certification denied.